## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO:

YOLANDA STEWART                                      19-11188-JDW

### NOTICE OF OBJECTION TO PROOF OF CLAIM

YOU ARE HEREBY NOTIFIED that an objection to your claim has been filed in the above referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to proof of claim must be filed with:

Shallanda J. Clay, Clerk of Court
U. S. Bankruptcy Court
Northern District of Mississippi
703 Highway 145 North
Aberdeen, MS 39730

and a copy must be served on the undersigned Chapter 13 Trustee and the Debtor(s) attorney on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated: August 29, 2019.

**LOCKE D. BARKLEY,**
**CHAPTER 13 TRUSTEE**

By:      /s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          CHAPTER 13 CASE NO.:

YOLANDA STEWART                            19-11188-JDW

### OBJECTION TO PROOF OF CLAIM (CLAIM. #21-1)

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this Objection to the Proof of Claim (Claim #21-1) (the "Objection"); and in support thereof states as follows:

1.     The Debtor's petition was filed herein on March 20, 2019, and the last date for a non-governmental entity to file a Proof of Claim was May 29, 2019.

2.     On August 23, 2019, Womens Health Specialist (the "Creditor") filed its Proof of Claim in the amount of $101.42 (Claim #21-1) (the "Claim").

3.     The Claim was not timely filed. The Trustee requests that the Claim be disallowed.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court sustain the Objection and deem the Claim disallowed.

Dated: August 29, 2019.

Respectfully submitted,

**LOCKE D. BARKLEY**
**CHAPTER 13 TRUSTEE**

By:     /s/ Melanie T. Vardaman
        ATTORNEYS FOR TRUSTEE
        W. Jeffrey Collier (MSB 10645)
        Melanie T. Vardaman (MSB 100392)
        6360 I-55 North, Suite 140
        Jackson, Miss.  39211
        (601) 355-6661
        ssmith@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Womens Health Specialist
c/o Wakefield and Associates, Inc.
Post Office Box 50250
Knoxville, TN 37950-0250

Dated: August 29, 2019

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN